**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**
**(PROVIDENCE)**

**Leron Porter,**
Petitioner,

**v.**

**United States of America,**
Respondent.

Criminal Case No.: 1:04-cr-00028-T-1

Honorable: **Ernest C. Torres**

## MOTION TO AMEND JUDGMENT

> **"Wisdom too often never comes, and so one ought not reject it merely because it comes late."**

-Justice Ginsburg, quoting Justice Frankfurter recently in United States vs Watson, 128 S.Ct. 579, 586, 169 L.Ed. 2d 472 (2007).

A federal court has jurisdiction to determine its own jurisdiction, United States vs Ruiz, 536 U.S. 622, 628 (2002).

Defendant Leron Porter is in need of this Honorable Court's best effort as a judge to prevent injustice.

Based on the Second Circuit's brilliant interpretation of the gun statutes, 18 U.S.C. §924(c), in United States vs Whitley, No.:06-01310cr (2d.Cir. June 12, 2008), on the meaning of said statutes in the dissent, in United States vs Benehaley, 281 F.3d 423, 428 (4th.Cir. 2002), a lengthy exposition is unnecessary.

Defendant cites these cases as persuasive authority to persuade this Honorable Court to amend the judgment executed on August 24, 2004, to run **concurrent** as opposed to **consecutive,** consistent with substantial justice.

This Court is justified and has proper jurisdiction to make the correction.

Dated this Eleventh day of August, 2008.

Respectfully Submitted,

Leron Porter, Pro-Se
Register No. 05431-070
FCI Fort Dix
P.O. Box 2000
Fort Dix, NJ 08640

# PROOF OF SERVICE

I certify that on 8/13/08 (date) I mailed a copy of this brief and all attachments via first class mail to the following parties **at the addresses listed below:**

4 Copies — To: The Honorable Chief Judge Ernest C. Torres
United States District Judge
2 Exchange Terrance
John O. Pastore Federal Building
Providence, Rhode Island, (02903)

# PROOF OF SERVICE FOR INSTITUTIONALIZED OR INCARCERATED LITIGANTS

In addition to the above proof of service all litigants who are currently institutionalized or incarcerated should include the following statement on all documents to be filed with this Court:

I certify that this document was given to prison officials on 8/13/08 (date) for forwarding to the Court of Appeals. I certify under penalty of perjury that the foregoing is true and correct. 28 U.S.C. §1746.

[signature]
Signature

Dated: 8/13/08

*O:\FORMS\Briefs-Appendix\Informal Brief Questionnaire.wpd*

REV. 02/95