UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

       v.                                      Cr. No. 04-028T

LERON PORTER

## ORDER DENYING DEFENDANT'S MOTION TO AMEND JUDGMENT

On August 26, 2004, Leron Porter was sentenced to 37 months for being a felon in possession of a firearm and received an additional 60 months consecutive sentence for carrying a firearm during and in relation to a drug trafficking crime. Porter has moved to amend the judgment of conviction in order to make his sentences run concurrently. Porter's motion is DENIED because, under 18 U.S.C. § 924(c), a 5 year consecutive sentence is mandatory for carrying a firearm during and in relation to a drug trafficking crime.

By Order

/s/ illegible
Deputy Clerk

ENTER:

/s/ Ernest C. Torres
Ernest C. Torres
Sr. U.S. District Judge
Date: March 9, 2009